IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES J. HOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-16-337-M |
| | ) | |
| ATTORNEY GENERAL OF STATE | ) | |
| OF OKLAHOMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On October 31, 2016, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this federal civil rights action. The Magistrate Judge recommended that this action be dismissed in its entirety without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). Plaintiff was advised his right to object to the Report and Recommendation by November 21, 2016. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on October 31, 2016, and
(2) DISMISSES this action in its entirety without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).[1]

**IT IS SO ORDERED this 6th day of December, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] This dismissal qualifies as a prior-occasion "strike" under 28 U.S.C. § 1915(g).